Efren Sanchez Yepez

                                               Plaintiff,

v.                                                          Case No.: 1:20−cv−04021
                                                               Honorable Thomas M. Durkin

ProRack National Services, Inc., et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 13, 2020:

       MINUTE entry before the Honorable Thomas M. Durkin:A joint status report is to be filed by 9/17/2020. Instructions may be found on Judge Durkin's webpage under new and reassigned cases.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.