# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| Efren Sanchez Yepez, | ) |
|            Plaintiff. | ) |
| v. | ) 1:20-cv-04021 |
| | ) |
| ProRack National Services, Inc. and Mark Fucarino, | ) |
| | ) |
|            Defendants. | ) |

## Notice of Voluntary Dismissal

**Now comes** Plaintiff Efren Sanchez Yepez, and hereby dismisses this case without prejudice.

/s/ James M. Dore

**Dore Law Offices LLC**
**James M. Dore (#6296265) and John N. Dore (#0661007)**
*Attorneys for Plaintiff*
134 N. La Salle St., Suite 1208
Chicago, IL  60602
P: 312-726-8401; F: 844-272-4628
E: james@dorelawoffices.com