# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Efren Sanchez Yepez

                          Plaintiff,

v.                                                   Case No.: 1:20−cv−04021
                                                        Honorable Thomas M. Durkin

ProRack National Services, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 17, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to notice of voluntary dismissal, this action is dismissed without prejudice. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.